DANIEL G. BOGDEN
United States Attorney
CHRISTOPHER S. STRAUSS
ERIC C. SCHMALE
Trial Attorneys
U.S. Department of Justice, Tax Division
c/o Office of the United States Attorney
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
Telephone (202) 514-5762
Facsimile (202) 514-9623

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# oOo

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>JUDITH WOODWARD née ATWELL,<br><br>DEFENDANT. | 2:16-CR-112-APG-NJK<br><br>ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION AND TAX RETURN INFORMATION; AND PROTECTIVE ORDER |

Having considered the Government's Unopposed Motion For (1) Order Authorizing Disclosure Of Grand Jury Information and Tax Return Information; and (2) Protective Order, and the record and file in this case, for good cause shown,

IT IS HEREBY ORDERED that plaintiff United States of America is authorized to disclose to defendant and her counsel, copies of the grand jury testimony of witnesses who the government may call at trial and other documents which may be considered matters occurring before the grand jury.  This Order is being entered to facilitate the

government's compliance with its discovery obligations, including the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500; Rule 16 of the Federal Rules of Criminal Procedure; <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Giglio</u>, 405 U.S. 150 (1972).

IT IS FURTHER ORDERED that the United States of America is authorized to disclose to the individuals whom the government determines that it may be calling as witnesses in its case-in-chief, and their counsel, the grand jury testimony of that individual.   This order is being entered based on this Court's finding that such disclosure is reasonably necessary, in the interests of justice and does not significantly compromise the imperative of grand jury secrecy.

IT IS FURTHER ORDERED that any copies of the grand jury testimony provided pursuant to this Order, and any reproductions or copies made of the produced copy, shall be returned to the government at the conclusion of the proceedings in this case.

IT IS FURTHER ORDERED, pursuant to 26 U.S.C. § 6103(h)(4), and based on the unopposed motion of the government, that the government is authorized to disclose to defendant and her counsel tax returns, tax return information, and taxpayer return information as defined in 26 U.S.C. § 6103(b) pertaining to the defendant, and any other tax returns or return information provided by the government pursuant to its discovery obligations.

## PROTECTIVE ORDER

The government represents to this Court that it intends to produce documents that include, among other things, grand jury information and tax information described in its unopposed motion and above, and other non-public information such as: (i) personal identifiers of non-parties (e.g. social security numbers, addresses, dates of birth); (ii) memoranda of interview of potential witnesses; (iii) financial information of

individuals and businesses, including bank records; and (v) information about individuals who were involved in the defendant's business and tax return preparation who have not been charged with any wrongdoing (collectively, the "Discovery Material"). The government also represents to the Court that counsel for the defendant does not object to the entry of a protective order.

Accordingly,

IT IS FURTHER ORDERED THAT

1. The Discovery Material produced by the government may be used by the defendant, the defendant's counsel and any employees or agents of defendant's counsel solely in the defense of this case.

2. Defendants' counsel and the defendant shall not disclose the Discovery Material directly or indirectly to any person except those assisting the defense, persons who are interviewed as witnesses, and potential experts (collectively, "authorized persons") during the course of the investigation and defense of this case.

3. The Discovery Material produced by the government shall not be copied or reproduced unless they are copied or reproduced for authorized persons to assist in the defense of this case, and in that event, the copies shall be treated in the same manner as the original material.

4. When providing the Discovery Material to an authorized person, the defendant's counsel must inform the authorized person that the Discovery Material is provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

/ / /

1    IT IS FURTHER ORDERED THAT upon the final disposition of this case, the
2 defendant and her counsel shall return to the government all Discovery Material to the
3 government as so requested by the government.
4
5    IT IS SO ORDERED.
6
7    DATED: _____May 24_____, 2016
8
       _____
9      NANCY J. KOPPE
       UNITED STATES MAGISTRATE JUDGE

4