# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JUDITH ATWELL,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00112-APG-NJK<br><br>**ORDER GRANTING MOTION TO MODIFY TERMS AND CONDITIONS OF SUPERVISED RELEASE**<br><br>(ECF No. 33) |

　　　Defendant's Motion to Modify Terms and Conditions of Supervised Release is GRANTED. Defendant Judith Atwell is permitted to travel to Raleigh, North Carolina from October 12, 2017 through October 16, 2017, to help care for her 83 year old mother who is having surgery.

　　　DATED this 10th day of October, 2017.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE